**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6905**

LARRY DARNELL COLEMAN,

              Plaintiff - Appellant,

          v.

DR. UZMA ALI,

              Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Glen E.  Conrad, Chief District Judge.  (7:10-cv-00255-gec-mfu)

Submitted:  September 30, 2010      Decided:  October 12, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Darnell Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry D. Coleman, a state prisoner, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. Ali, No. 7:10-cv-00255-gec-mfu (W.D. Va. June 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED